IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD HECKENLIVELY,<br><br>Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY d/b/a LINCOLN FINANCIAL GROUP, and VISINET, INC.,<br><br>Defendants. | 8:10-cv-00141-LSC-FG3<br><br>ORDER |

Upon notice of settlement, given to the Deputy Clerk by defense counsel, Margaret A. Falck,

**IT IS ORDERED:**

1. On or before **January 14, 2011**, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED December 27, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**